# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) | Case No. 5:21CV00930 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) | |
| KLEIN RESTORATION SERVICES, INC. *et al.*, | ) ) ) ) | **ORDER** |
| Defendants. | ) | |

The parties have informed the Court that this matter is settled. Accordingly, the case is dismissed without prejudice and all dates and deadlines are adjourned. The parties have 45 days from the date of this Order to file settlement materials if they so choose, including a settlement agreement. Such filings may be made under seal. At the end of 45 days, this case will be dismissed with prejudice. The Court retains jurisdiction over the settlement.

**IT IS SO ORDERED.**

      s/John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE

**DATED**: January 27, 2022